1  JAMES A. McDEVITT
   United States Attorney
2  PAMELA J. DeRUSHA
   Assistant United States Attorney
3  Post Office Box 1494
   Spokane, WA 99210-1494
4  Telephone: (509) 353-2767

5              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
6
7  DOUGLAS ADAMS and TRINA
   ADAMS, husband and wife,
8                                    NO. CV-05-270-FVS
                  Plaintiffs,
9      vs.                           ORDER OF DISMISSAL

10 LUANNE C. TUNMORE and JOHN
   DOE TUNMORE, wife and husband,
11 and the CONFEDERATED TRIBES
   OF THE COLVILLE
12 RESERVATION,

13                Defendants.

14       Upon the Joint Motion of the parties,

15       IT IS ORDERED that this matter is dismissed with prejudice and without

16 costs.

17       DATED this   24th  day of January, 2007.

18

19                              s/ Fred Van Sickle
                               _____
20                                  FRED VAN SICKLE
                                 United States District Judge
21

22

23

24

25

26

27 ORDER - 1
   order of dismissal.frm